UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZEKIEL TURNER BLACK,<br><br>Defendant. | CASE NO. CR09-5584BHS<br><br>ORDER |

THIS MATTER came before the Court on February 3, 2015, for a supervised release violation hearing. At the hearing, the government dismissed violation allegations 1 & 2, the Defendant admitted to violations 3, 4 & 5, and the Court, having found that the Defendant committed the violations

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendant is released from custody under the conditions of supervision previously imposed and is ORDERED to appear for a disposition hearing before this Court on Monday, May 18, 2015, at 11:00AM.

Dated this 3rd day of February, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1