UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA | NO. CR09-5584 BHS |
| Plaintiff, | |
| v. | Order Granting Motion to Seal Report of Dr. Tyson Bailey, Ph.D. |
| EZEKIEL BLACK, | |
| Defendant | |

**Order**

Defendant Ezekiel Black moves the court to seal the expert report prepared by Dr. Tyson Bailey relating to the Supervised Release revocation hearing set for 2/3/15. The Government has no objection.

The Court GRANTS the motion. The interest in maintaining the privacy of the defendant, and the sensitive contents of the report, outweighs the public's interest in having access to the same. This Report shall be filed and maintained under seal.

Entered this 3rd day of February, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Order Sealing Report of Dr. Bailey      1                    PHIL BRENNAN, Esq.
                                                             422 Yale Ave N. Ste B
                                                             Seattle, WA 98109
                                                             (206) 372-5881